UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              Chapter 11

    139-58th St LLC,                          Case No. 23-42151-jmm

                              Debtor.         Hon. Jil Mazer-Marino
-------------------------------------------------------------x   United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

STATE OF NEW YORK            }
                             } ss.:
COUNTY OF NEW YORK           }

      I, Christina Valenzuela, being duly sworn, hereby deposes and says:

      I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York. On **April 10, 2024** I served a true and correct copy of the following document: *Solicitation Package containing a copy of Order (i) Approving Disclosure Statement (ii) Notice of Confirmation Hearing of LCP NPL XI, 2019 LLC's and 139-58th St. LLC's Amended Joint Plan of Reorganization for Debtor (iii) Joint Disclosure Statement, inclusive of Exhibits A-D annexed thereto and (iv) Joint Plan of Reorganization for Debtor*: by First Class Mail by depositing same enclosed in postpaid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal office within the State of New York to the parties at the addresses listed below:

      *See service list attached.

      I hereby certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 10, 2024

*/s/Christina Valenzuela*
Christina Valenzuela

*Service List:*

139-58th St LLC
139 58th Street
Brooklyn, NY 11220-2515

*U.S. Trustee*
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

FLUSHING BANK c/o JASPAN
SCHLESINGER LLP
300 Garden City Plaza
Garden City, NY 11530-3302

NEW YORK STATE DEPT OF
TAXATION AND FINANCE
PO BOX 5300
BANKRUPTCY SECTION
Albany, NY 12205-0530

NYC Department of Finance -
Correspondence Unit
One Centre Street, 22nd Floor
New York, NY 10007-1632

NYC Dept. of Finance
66 John Street Room 104
New York, NY 10038

Janet Rush
139-58th Street
Brooklyn, NY 11220

NYC Water Board
Senior Counsel - Bureau of Legal Affairs
59-17 Junction Blvd, 13th Floor
Elmhurst, NY 11373
Attn: Richard J. Costa

Janet Rush
c/o Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, NY 10018-0947
Attn: Michael Z. Brownstein, Esq.

Charles Wertman, Esq.
Law Offices of Charles Wertman P.C
100 Merrick Road
Suite 304W
Rockville Centre, NY 11570-4807

Department of Environmental Protection
59-17 Junction Boulevard
Customer Service Center 13th Floor
Flushing, NY 11373-5108

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Demattia c/o Jonathan D'Agostino
3309 Richmond Avenue
Staten Island, NY 10312-2137

Shawn Bass Sr.
c/o Rawlins Law, PLLC
777 Westchester Avenue, Suite #101
White Plains, NY 10604-3520

New York City Dept of Finance
Office of Legal Affairs
Collection Unit-RPT Taxes
375 Pearl Street, 30th Fl
New York, NY 10038

NYC Glass Corp.
139 58th Street
Brooklyn, NY 11220

Housing Perseveration Department
100 Gold Street
New York, NY 10038

NYC Department of Buildings
280 Broadway, 3rd Floor
New York, NY 10007

Office of the United States Trustee
One Bowling Green, Room 510
New York, NY 10014