United States Bankruptcy Court
Eastern District of New York

In re:  
139-58th St LLC  
    Debtor

Case No. 23-42151-jmm  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2  
Date Rcvd: May 21, 2024     Form ID: 225     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 139-58th St LLC, 139 58th Street, Brooklyn, NY 11220-2515 |
| 10302749 | + | Janet Rush, c/o Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, New York 10018-0947, Attn: Michael Z. Brownstein, Esq. |
| 10206455 | + | John Demattia, Jonathan D'Agostino & Assoc, P.C., 3309 Richmond Avenue, Staten Island, NY 10312-2137 |
| 10206456 | + | Kriss & Feuerstein LLP, Stuart Kossar, Esq., 360 Lexington Ave Suite 1200, New York, NY 10017-6555 |
| 10207394 | + | LCP NPL XI, 2019 LLC, KRISS & FEUERSTEIN LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017-6502 |
| 10206457 | + | LCP NPL XI, 2019 LLC, Stuart Kossar, Esq., Kriss & Feuerstein LLP 360 Lexington Ave, New York, NY 10017-6502 |
| 10207675 | + | LCP NPL XI, 2019 LLC, C/O Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017-6502 |
| 10206458 | + | NYC Dept of Finance, 66 John Street Room 104, New York, NY 10038-3728 |
| 10341313 | + | Non Party LM139 LLC, c/o Krieger & Prager, LLP, Samuel M. Krieger, Esq., 39 Broadway, Suite 920, New York, NY 10006-3079 |
| 10206461 | + | Shawn Bass Sr., Rawlins Law, PLLC, 777 Westchester Ave. Suite #101, West Harrison, NY 10604-3520 |
| 10219742 | + | Stuart Kossar, Esq., Kriss & Feuerstein LLP, 360 Lexington Avenue, Ste 1200, New York, NY 10017-6555 |
| 10236688 | + | U.S. Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6299 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: USCOURTSEBN@finance.nyc.gov | May 22 2024 00:20:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 22 2024 00:21:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | May 22 2024 00:20:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | May 22 2024 00:20:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + Email/Text: karen.brown@treasury.gov | May 22 2024 00:20:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10206454 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2024 00:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 10280171 | + Email/Text: waterboardbankruptcy@dep.nyc.gov | May 22 2024 00:20:00 | NYC Water Board, Richard J Costa, Senior Counsel - Bureau of Legal Affairs, 59-17 Junction Blvd, 13th Fl, Elmhurst, NY 11373-5188 |
| 10206460 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 22 2024 00:21:00 | NYS Dept of Tax and Finance, Bankruptcy Section PO Box 5300, Albany, NY 12205-0300 |
| 10212779 | + Email/Text: USCOURTSEBN@finance.nyc.gov | May 22 2024 00:20:00 | New York City Dept of Finance, Office of Legal |

Case 1-23-42151-jmm   Doc 61   Filed 05/23/24   Entered 05/24/24 00:09:31

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: 225 | Total Noticed: 21 |

Affairs, Collections Unit-RPT Taxes, 375 Pearl Street, 30th fl, New York, NY 10038-1442

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10219743 | *+ | NYC Glass Corp., 139 58th Street, Brooklyn, NY 11220-2515 |
| 10206459 | ##+ | NYC Glass Corp, 139 58th Street, Brooklyn, NY 11220-2515 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Wertman | on behalf of Debtor 139-58th St LLC charles@cwertmanlaw.com g67417@notify.cincompass.com;adina@cwertmanlaw.com;wertman.charlesr105938@notify.bestcase.com |
| Charles Wertman | on behalf of Creditor LCP NPL XI 2019 LLC charles@cwertmanlaw.com, g67417@notify.cincompass.com;adina@cwertmanlaw.com;wertman.charlesr105938@notify.bestcase.com |
| Jerold C Feuerstein | on behalf of Debtor 139-58th St LLC jfeuerstein@kandfllp.com litigation@kandfllp.com;cvalenzuela@kandfllp.com;skossar@kandfllp.com;dzinman@kandfllp.com;gfriedman@kandfllp.com;mbonneville@kandfllp.com |
| Jerold C Feuerstein | on behalf of Creditor LCP NPL XI 2019 LLC jfeuerstein@kandfllp.com, litigation@kandfllp.com;cvalenzuela@kandfllp.com;skossar@kandfllp.com;dzinman@kandfllp.com;gfriedman@kandfllp.com;mbonneville@kandfllp.com |
| Michael Z Brownstein | on behalf of Interested Party Janet Rush mbrownstein@tarterkrinsky.com  snobles@tarterkrinsky.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor | 139–58th St LLC | EIN: 81–4863105 |
| | Name | |
| United States Bankruptcy Court Eastern District of New York | | Date case filed for chapter: 11  6/20/23 |
| Case number: 1–23–42151–jmm | | |

# NOTICE OF ENTRY OF ORDER CONFIRMING
# CHAPTER 11 PLAN OF REORGANIZATION

**NOTICE IS HEREBY GIVEN THAT:**

In accordance with Bankruptcy Rule 2002, an order was signed on May 21, 2024 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office at:

271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

Dated: May 21, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLeoc1.jsp** [Notice Confirming Chapter 11 Plan rev. 02/01/17]