UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X
In re:

                                                **CERTIFICATE OF SERVICE**

     **139-58 St LLC**

                                                 Chapter 11
                                                 Case:. (23-42151)

              Debtors
_____X

     I, Sharon Savory, being duly sworn, say; I am not a party to the action, am over 18 years of age, and reside in Queens, New York.

     That on the 19th day of December 2024 I served the within copy of the **FIRST AND FINAL FEE APPLICATION OF THE LAW OFFICES OF CHARLES WERTMAN, P.C., AS COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONAL SERVICES RENDERED FROM JUNE 18, 2023 THROUGH CLOSE OF BANKRUPTCY CASE** upon all entities registered to receive electronic service through the Court's CM/ECF system and by mail on the parties set forth below.

New York City Environmental Control Board
66 John Street, 10th Floor
New York, NY 10038

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

New York State Department of Taxation and Finance
PO BOX 5300
Bankruptcy Section'
Albany, NY 12201-0530

John Demetria
Jonathan D'Agostino & Assoc, P.C.
3309 Richmond Avenue
Staten Island, Ny 10312


Shawn Bass Sr.
Rawlins Law PLLC
777 Westchester Ave, Suite 101
West Harrison, NY 10604

NYC Department of Finance
66 John Street, Room 104
New York, NY 10038

NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

Housing Perseveration Department
100 Gold Street
New York, NY 10038

New York City Department of Finance
Office of Legal Affairs
Collection Unit-RPT Taxes
375 Pearl Street, 30th Fl
New York, NY 10038

NYC Department of Buildings
280 Broadway, 3rd Floot
New York, NY 10007

                                                                         Sharon Savory

Sworn to before me this 22nd day of January, 2025.

_____
Notary Public

CHARLES WERTMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02WE6242213
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 05/31/20____